# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Adam Potter, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 21-cv-668 MJD/LIB |
| Narveson Management, Inc., | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the above-entitled action is dismissed on its merits and with prejudice, but without attorneys' fees, costs, or disbursements of any kind to any party.

IT IS FURTHER ORDERED that this action is dismissed with prejudice in accordance with the parties' stipulation and judgment may be entered herein.

Date: 11/2/2022                                                                KATE M. FOGARTY, CLERK